**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

RICHARD ARJUN KAUL, MD

Plaintiff

v.

CHRISTOPHER J. CHRISTIE ET AL

Defendants.

Case No.: 18-CV-08086

**VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE**

RECEIVED JUL - 7 2021 AT 8:30 WILLIAM T. WALSH, CLERK

I, Richard Arjun Kaul, the Propria Persona Plaintiff, do pursuant to the authority of Rule 41(a)(1)(A)(B) immediately dismiss this case without prejudice.

Dated: July 1, 2021

_____
RICHARD ARJUN KAUL, MD

cc: United States District Court, District of Massachusetts